*David S. Maclay,* with whom was *Peter Wilkinson,* for the appellee (defendant United Aircraft Corporation).

*Louis Weinstein,* assistant attorney general, with whom was *Samuel Kanell,* assistant attorney general, for the Public Utilities Commission.

Argued December 5—decided December 5, 1962

NATHAN E. COOPER *v.* WILLIAM L. MALAVESE ET AL.

The petition by the plaintiff for certification for appeal from the Appellate Division of the Circuit Court is denied.

*John J. Kinney, Jr.,* in support of the petition.

*Edward S. Downes, Jr.,* in opposition.

Submitted December 4—decided December 18, 1962

CHARLES W. PETERSON *v.* CITY OF NORWALK ET AL.
(No. 5269)

The motion by the trustees of the New York, New Haven and Hartford Railroad Company for permission to file an appearance is granted.

*Thomas J. O'Sullivan,* for the appellee (defendant New York, New Haven and Hartford Railroad Company).

Submitted December 14—decided December 18, 1962

CHARLES W. PETERSON ET AL. *v.* CITY OF NORWALK ET AL. (No. 5270)

The motion by the trustees of the New York, New Haven and Hartford Railroad Company for permission to file an appearance is granted.